# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO C. HERNANDEZ, | Case No. 2:09-cv-00413-MCE-GGH |
| Plaintiff, | |
| v. | ORDER |
| MICHAEL A. MADRIGAL, JR., et al., | |
| Defendants. | |

----oo0oo----

Having considered Defendant Federal Deposit Insurance Corporation's Ex Parte Application for Order Continuing Stay in Federal Court, and good cause appearing therefore, it is hereby ordered that the mandatory 90-day stay imposed by the Sacramento Superior Court pursuant to 12 U.S.C. § 1821(d)(12)(A)(2) on February 11, 2009 shall continue in this action. Said stay shall expire May 12, 2009.

IT IS SO ORDERED.

Dated: March 9, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE