IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALVARO C. HERNANDEZ,

    Plaintiff,                                CIV. NO. S- 09-0413 MCE GGH

    vs.

MICHAEL A. MADRIGAL, JR., et al.,

    Defendants.                           ORDER

/

        Plaintiff's motions for default judgment against defendants Madrigal and LIS Mortgage presently are calendared for hearing on October 29, 2009. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motions. Accordingly, the court will not entertain oral argument, and will determine the motions on the record, including the briefing in support of the pending motions. See E.D. Cal. L.R. 78-230(h).

        Accordingly, IT IS ORDERED that:

        1. The October 29, 2009 hearing on the motions for default judgment, filed September 18, 2009, is vacated; and

        2. The motions are submitted on the record.

DATED: October 26, 2009

                                            /s/ Gregory G. Hollows

                                            GREGORY G. HOLLOWS
                                            U. S. MAGISTRATE JUDGE

GGH:076:Hernandez0413.vac.wpd