1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO C. HERNANDEZ, | ) Case No.: 2:09-cv-00413-MCE-GGH |
| | ) |
| Plaintiff, | ) **ORDER APPROVING STIPULATION** |
| vs. | ) **FOR DISMISSAL OF FEDERAL** |
| | ) **DEPOSIT INSURANCE** |
| MICHAEL MADRIGAL JR.; JENNIFER WILLIAMS; LIS MORTGAGE CORPORATION; FINANCIAL TITLE COMPANY, a corporation; DOWNEY SAVINGS AND LOAN ASSOCIATION, a corporation; COUNTRYWIDE HOME LOANS, INC., a corporation; and DOES 1 through 50 Inclusive, | ) **CORPORATION AS RECEIVER FOR** ) **DOWNEY SAVINGS AND LOAN** ) **ASSOCIATION** |
| Defendants. | ) |

Based on the parties' Stipulation that Plaintiff may voluntarily dismiss Defendant Federal Deposit Insurance Corporation, Receiver for Downey Savings and Loan Association ("FDIC-Receiver"), and good cause appearing, FDIC-Receiver is hereby dismissed with prejudice.

///
///
///
///

1

1  Plaintiff and FDIC-Receiver each agree to bear their own costs and attorney's
2 fees.
3  **IT IS SO ORDERED**.
4 Dated: April 20, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2