KAREN M. GOODMAN, SBN: 117423
SUMMER D. HARO, SBN: 245482
GOODMAN & ASSOCIATES
3840 Watt Avenue – Bldg. A
Sacramento, CA 95821-2640
Telephone No:  (916) 643-0600
Facsimile No:    (916) 643-0605
kgoodman@goodman-law.com
suharo@goodman-law.com

Attorney for PLAINTIFF ALVARO C. HERNANDEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO C. HERNANDEZ,<br><br>   Plaintiff,<br><br>   vs.<br><br>MICHAEL A. MADRIGAL JR.; JENNIFER WILLIAMS; LIS MORTGAGE CORPORATION; FINANCIAL TITLE COMPANY, a corporation; DOWNEY SAVINGS AND LOAN ASSOCIATION, a corporation; COUNTRYWIDE HOME LOANS, INC., a Corporation; and DOES 1 through 50 Inclusive,<br><br>   Defendants. | Case No: 2:09-CV-00413-MCE-GGH<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT COUNTRYWIDE HOME LOANS, INC. AND VACATING TRIAL DATE; ORDER THEREON** |

TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

The parties hereby stipulate that Plaintiff Alvaro C. Hernandez may voluntarily dismiss Defendant Countrywide Home Loans, Inc. ("Countrywide") with prejudice. Plaintiff and Countrywide have entered into a settlement agreement, wherein each side agrees to bear their own costs and attorney's fees.

///

Countrywide is the only remaining defendant in this matter. The other defendants have been dismissed or have been defaulted. With the dismissal of Countrywide, Plaintiff intends to seek default judgments against the defaulted defendants, Michael Madrigal and LIS Mortgage. Therefore, in the interests of justice and judicial economy Plaintiff and Countrywide further stipulate to vacating the trial date that is currently set for August 27, 2012.

DATED:  August 29, 2011  **GOODMAN & ASSOCIATES**

//s// Summer D. Haro (SBN: 245482)
SUMMER D. HARO, Attorney for
Plaintiff ALVARO C. HERNANDEZ

DATED:  August 29, 2011  **BEST BEST & KRIEGER**

//s// William E. Robinson
WILLIAM E. ROBINSON, Attorney for
Defendant COUNTRYWIDE HOME LOANS, INC.

IT IS SO ORDERED.

Dated:  August 29, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE