IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALVARO C. HERNANDEZ,

    Plaintiff,                                    CIV. NO. S-09-0413 MCE GGH

    vs.

MICHAEL A. MADRIGAL, JR., et al.,

    Defendants.                              ORDER

        Plaintiff's motions for default judgment against defendants Madrigal and LIS Mortgage presently are calendared for hearing on December 8, 2011.  Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motions.  Accordingly, the court will not entertain oral argument, and will determine the motions on the record, including the briefing in support of the pending motions.  See E.D. Cal. L.R. 78-230(h).

        Accordingly, IT IS ORDERED that:

        1. The December 8, 2011 hearing on the motions for default judgment, filed November 3, 2011, is vacated; and

        2. The motions are submitted on the record.

DATED: December 7, 2011

                                              /s/ Gregory G. Hollows
                                        UNITED STATES MAGISTRATE JUDGE

GGH:076:Hernandez0413.vac2.wpd