UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO C. HERNANDEZ, | No. 2:09-cv-00413-MCE-GGH |
| Plaintiff, | |
| v. | **ORDER** |
| MICHAEL A. MADRIGAL JR.; JENNIFER WILLIAMS; LIS MORTGAGE CORPORATION; FINANCIAL TITLE COMPANY, a corporation; DOWNEY SAVINGS AND LOAN ASSOCIATION, a corporation; COUNTRYWIDE HOME LOANS, INC., a Corporation; and DOES 1 through 50 Inclusive, | |
| Defendants. | |

----oo0oo----

On or about September 16, 2009, the parties to this matter submitted a stipulation (ECF No. 30), pursuant to Rule 41 of the Federal Rules of Civil Procedure, to dismiss with prejudice Defendant Jennifer Williams, only, with each side to bear its own costs and fees.

///

1

1 | Apparently, because a word processing version of that Stipulation
2 | was not submitted for the Court's signature, an Order approving
3 | the stipulation was never entered by the Court.  That shortcoming
4 | has now been noted in connection with motions for default
5 | judgment presently pending before the Court.  Good cause
6 | appearing,
7 |     IT IS HEREBY ORDERED that Defendant Jennifer Williams be,
8 | and hereby is, dismissed as a Defendant in this action, with
9 | prejudice, in accordance with the parties' stipulation and on a
10 | nunc pro tunc basis effective September 16, 2009.
11 |     IT IS SO ORDERED.
12 |
 Dated: December 21, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE